# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146097 & (13)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                   SC: 146097
                                   COA: 309468
                                   St. Clair CC: 02-002599-FH

HAMIN LORENZO DIXON,
          Defendant-Appellant.
                                             03-000850-FH

_____/

On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the September 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

d0520